UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ZALIM HOFSTATTER on behalf of himself and
all other similarly situated consumers,                          Case No. 1:17-cv-6122 (FB)(SJB)

                                        Plaintiff,          **STIPULATION AND ORDER OF
                                                             DISMISSAL WITH PREJUDICE**

                        -against-

VALENTINE & KEBARTAS, LLC,

                                        Defendant.

------------------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and

Defendant, that Plaintiff's claims against Defendant in this action are dismissed, with prejudice,

pursuant to Fed. R. Civ. P. 41(a)(1).  Plaintiff and Defendant shall each bear their own costs and

counsel fees in connection with the prosecution and/or defense of this action.

Dated: New York, New York
      July 2, 2018


ADAM J. FISHBEIN, P.C.                          RIVKIN RADLER LLP


By: ___*/s/ Adam J. Fishbein*_____          By: _*Deborah M. Isaacson*_____
  Adam J. Fishbein                                 Jonathan B. Bruno
  735 Central Avenue                               Deborah M. Isaacson
  Woodmere, New York 11598                         477 Madison Avenue, 20th Floor
  *Attorneys for Plaintiff*                         New York, New York 10022
                                                 *Attorneys for Defendant*


SO ORDERED:


_____          Dated:_____, 2018
Hon. Frederic Block, U.S.D.J.            New York, New York


4065840 v1